# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T. STRINGER | CIVIL ACTION NO. 22-853-P |
| VERSUS | JUDGE FOOTE |
| CADDO COURT SYSTEM, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against the Caddo Court System, the District Attorney, Phillip Adams, Samantha Ford, and the Office of the District Attorney be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that this action, insofar as it seeks his immediate release from incarceration, be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _7th_ day of ___August___ 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE